**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| DOREN CUMMINGS,<br><br>    Plaintiff,<br><br>        v.<br><br>MAINSTAY SUPPORTIVE HOUSING<br>AND HOME CARE, INC.,<br><br>    Defendant. | Civil Action No. 1: 26-cv-12593-GAO |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mainstay

Supportive Housing and Home Care, Inc. ("Mainstay"), hereby submits the following disclosure:

Mainstay is a non-profit organization that has no parent corporation, and no publicly held

corporation owns 10% or more of it.

Respectfully submitted,

MAINSTAY SUPPORTIVE HOUSIN
AND HOME CARE, INC.,

By its attorney,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: August 6, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2026, this document was filed through the ECF system. It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

*/s/ Alexandra Arnold*
Alexandra Arnold
